# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150939(48)

CITY OF CORUNNA,

               Plaintiff-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,

               Defendant-Appellee.

_____/

SC: 150939
COA: 316841
Shiawassee CC: 10-001242-CZ

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply brief is GRANTED. The reply brief will be accepted as timely filed if submitted on or before March 23, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

       March 17, 2015

_____